# In the United States Court of Federal Claims

No. 25-111
(Filed: February 20, 2025)

```
***************************************
JANE DOE,                              *
                                       *
              Plaintiff,               *
                                       *
        v.                             *
                                       *
THE UNITED STATES,                     *
                                       *
              Defendant.               *
***************************************
```

## ORDER

      On February 13, 2025, the Clerk of Court received a document from the plaintiff the first page of which is titled, "Proof of Service." The Clerk did not file the document because this case is closed and no provision in the rules (or court order) provided for its filing. To ensure the completeness of the docket, the document shall be **FILED BY LEAVE OF THE JUDGE**. The Clerk is **DIRECTED** to file the document and title it "Proof of Service."

      The Court dismissed this case on February 4, 2025, for lack of subject-matter jurisdiction because the claims raised by the plaintiff are torts, criminal code violations, and constitutional violations that fail to establish subject-matter jurisdiction in the United States Court of Federal Claims. [ECF 7] at 2. The document received on February 13, 2025, does not alter this outcome, as it does not contain any information that establishes jurisdiction in this Court. Accordingly, the case shall remain closed.

      **IT IS SO ORDERED.**

s/ Thompson M. Dietz<br>
THOMPSON M. DIETZ, Judge