# In the United States Court of Federal Claims

No. 25-111
(Filed: March 7, 2025)

```
*****************************
JANE DOE,                     *
                              *
              Plaintiff,      *
                              *
       v.                     *
                              *
THE UNITED STATES,            *
                              *
              Defendant.      *
*****************************
```

**ORDER**

On February 21, 2025, the Clerk of Court received a document from the plaintiff the first page of which is titled, "Sealed Notice of Related Cases." The Clerk did not file the document, received by way of three submissions, because this case is closed and because no provision in the Rules of the United States Court of Federal Claims ("RCFC") (or court order) provides for its filing. To ensure the completeness of the docket, the document shall be **FILED UNDER SEAL BY LEAVE OF THE JUDGE**. The Clerk is **DIRECTED** to file the document and title it "Sealed Notice of Related Cases."

On March 3, 2025, the Clerk of Court received a document from the plaintiff indicated to be a "Sealed Notice to Court." The Clerk did not file the document because this case is closed and because no RCFC provision (or court order) provides for its filing. To ensure the completeness of the docket, the document shall be **FILED UNDER SEAL BY LEAVE OF THE JUDGE**. The Clerk is **DIRECTED** to file the document and title it "Sealed Notice to Court."

The Court dismissed this case on February 4, 2025, for lack of subject-matter jurisdiction because the claims raised by the plaintiff are torts, criminal code violations, and constitutional violations that fail to establish subject-matter jurisdiction in the United States Court of Federal Claims. [ECF 7] at 2. The documents received on February 21, 2025, and on March 3, 2025, do not alter this outcome, as they do not contain any information that establishes jurisdiction in this Court. Accordingly, the case shall remain closed.

**IT IS SO ORDERED.**

                                                  s/ Thompson M. Dietz
                                                  THOMPSON M. DIETZ, Judge