# In the United States Court of Federal Claims

No. 25-111
(Filed: April 14, 2025)

```
*****************************
JANE DOE,                      *
                               *
              Plaintiff,       *
                               *
       v.                      *
                               *
THE UNITED STATES,             *
                               *
              Defendant.       *
*****************************
```

**ORDER**

      On April 9, 2025, the Clerk of Court received a document from the plaintiff the first page of which is titled, "Notice of Filing New Jersey District Court Sealed Notice of Appeal of a Non-Final Order." The document includes copies of an Opinion and Order in the United States District Court for the District of New Jersey dismissing the plaintiff's complaint without prejudice, the plaintiff's appeal of the order, and exhibits in support of plaintiff's appeal. The Clerk did not file the document because no provision in the Rules of the United States Court of Federal Claims (or court order) provides for its filing. Moreover, the Court dismissed this case on February 4, 2025, for lack of subject-matter jurisdiction because the claims raised by the plaintiff are torts, criminal code violations, and constitutional violations that fail to establish subject-matter jurisdiction in the United States Court of Federal Claims. [ECF 7] at 2. The document received on April 9, 2025 does not alter this outcome. Therefore, the case shall remain closed, and the Clerk's Office shall **REJECT** the document.

      **IT IS SO ORDERED.**

s/ Thompson M. Dietz<br>
THOMPSON M. DIETZ, Judge