# In the United States Court of Federal Claims

No. 25-111
(Filed: December 3, 2025)

```
*****************************************
JANE DOE,                                *
                                         *
           Plaintiff,                    *
                                         *
      v.                                 *
                                         *
THE UNITED STATES,                       *
                                         *
           Defendant.                    *
*****************************************
```

## ORDER

On September 23, 2025, the Clerk of Court received a document from the plaintiff the first page of which is titled, "Notice of Filing." The Clerk did not file the document because no provision in the Rules of the United States Court of Federal Claims (or court order) provides for its filing, and because the case is closed and was on appeal. The Court dismissed this case on February 4, 2025, for lack of subject-matter jurisdiction because the claims raised by the plaintiff are torts, criminal code violations, and constitutional violations that fail to establish subject-matter jurisdiction in the United States Court of Federal Claims. [ECF 7] at 2. On appeal, the United States Court of Appeals for the Federal Circuit also dismissed the case. [ECFs 20, 21]. Accordingly, the case shall remain closed, and the Clerk's Office shall **REJECT** the document.

**IT IS SO ORDERED.**

s/ Thompson M. Dietz
THOMPSON M. DIETZ, Judge