# In the United States Court of Federal Claims

No. 25-111
(Filed: December 17, 2025)

```
*****************************************
JANE DOE,                                 *
                                          *
                 Plaintiff,               *
                                          *
         v.                               *
                                          *
THE UNITED STATES,                        *
                                          *
                 Defendant.               *
*****************************************
```

**ORDER**

      On December 15, 2025, the Clerk of Court received a document from the plaintiff titled "Certificate of Service." The Clerk did not file the document because no provision in the Rules of the United States Court of Federal Claims (or court order) provides for its filing, and because the case is closed. The Court dismissed this case on February 4, 2025, for lack of subject-matter jurisdiction. [ECF 7] at 2. On appeal, the United States Court of Appeals for the Federal Circuit also dismissed the case. [ECFs 20, 21]. Accordingly, the case shall remain closed, and the Clerk's Office shall **REJECT** the document.

      **IT IS SO ORDERED.**

                                                           s/ Thompson M. Dietz
                                                           THOMPSON M. DIETZ, Judge