NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JANE DOE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2026-1276

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00111-TMD, Judge Thompson M. Dietz.

---

Before TARANTO, HUGHES, and STOLL, *Circuit Judges*.

PER CURIAM.

### O R D E R

In September 2025, we dismissed Jane Doe's appeal from the United States Court of Federal Claims's judgment, and in December 2025, Ms. Doe filed this appeal seeking review of the Court of Federal Claims's rejection of her "Certificate of Service" submitted earlier that month in the closed case. We directed the parties to show cause, and the United States urges dismissal. Ms. Doe responds seeking various relief. We dismiss.

2                                                              DOE v. US

This court's jurisdiction is limited to review of "final decision[s]" by the Court of Federal Claims, 28 U.S.C. § 1295(a)(3). Ministerial orders and administrative decisions "are not the kind[s] of decisions or orders" that are subject to such appellate review. *Ayestas v. Davis*, 584 U.S. 28, 38–39 (2018) (cleaned up and citations omitted); *Amara v. Cigna Corp.*, 53 F.4th 241, 252 (2d Cir. 2022) (collecting cases). In circumstances like these, courts have dismissed appeals from orders merely performing housekeeping functions based on prior judicial rulings, *see, e.g., In re Sunde*, 815 F. App'x 216, 217 (9th Cir. 2020), and we see no basis to allow an appeal from such an order here.

Accordingly,

IT IS ORDERED THAT:

(1)  The appeal is dismissed.

(2)  Any pending motions are denied.

(3)  Each side shall bear its own costs.

FOR THE COURT

June 10, 2026
        Date

Jarrett B. Perlow
Clerk of Court