NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JANE DOE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2026-1276

---

Appeal from the United States Court of Federal Claims in No. 1:25-cv-00111-TMD, Judge Thompson M. Dietz.

---

**ON PETITION FOR REHEARING EN BANC**

---

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

**O R D E R**

---

[1] Circuit Judge Newman did not participate.

Jane Doe filed a petition for rehearing en banc. The petition was first referred as a petition for panel rehearing to the panel that issued the order, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

September 18, 2026
Date